No. 99–1035. HOUSTON v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–1036. TREASURE CHEST CASINO ET AL. v. MULLEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1047. GREEN v. ILLINOIS POWER CO. C. A. 7th Cir. Certiorari denied.

No. 99–1051. BENEDICT v. EAU CLAIRE PUBLIC SCHOOLS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1053. KENNEDY v. NATIONAL JUVENILE DETENTION ASSN. ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1055. WOOSLEY v. SMITH ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1056. R. M. TAYLOR, INC. v. GENERAL MOTORS CORP. C. A. 8th Cir. Certiorari denied.

No. 99–1058. KUEMMERLIN v. NEVADA DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY. Sup. Ct. Nev. Certiorari denied.

No. 99–1059. HOOPER v. CARGILL, INC. C. A. 6th Cir. Certiorari denied.

No. 99–1064. EL-RAMLY v. UNIVERSITY OF HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1068. CITY OF NEW YORK ET AL. v. LATINO OFFICERS ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1071. HENDERSON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–1075. AMUSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–1076. WILSON PARTNERS ET AL. v. PENNSYLVANIA BOARD OF FINANCE AND REVENUE. Sup. Ct. Pa. Certiorari denied.